MCGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>ERIC MONFORT,<br><br>                 Defendants. | CASE NO. 3:18-MJ-0013-CKD<br><br>STIPULATION AND JOINT REQUEST TO CONTINUE PRELIMINARY HEARING AND WAIVE TIME; [PROPOSED] ORDER<br><br>DATE: June 15, 2018<br>TIME: 2:00 p.m.<br>COURT: Hon. Edmund F. Brennan |

By previous order, this matter was set for preliminary hearing on June 15, 2018. The United States and the defendant, Eric Monfort, (collectively, the "Parties") now bring this stipulation and joint request, under Federal Rule of Criminal Procedure 5.1(d), to continue the preliminary hearing until June 28, 2018, for good cause, and taking into account the public interest in the prompt disposition of criminal cases.

The parties agree and stipulate, and request that the Court find the following:

1. The defendant, Eric Monfort, made an initial appearance before this Court, on an arrest warrant supported by criminal complaint, on June 1, 2018, alleging violations of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 846, 841(a)(1), and 18 U.S.C. § 922(g), as to him. The Court ordered him detained and set a preliminary hearing for June 15, 2018, before U.S. Magistrate Judge Edmund F. Brennan.

2. A defendant in a separate but related case, Meghan Monfort, arrested pursuant to the same

criminal complaint, alleging violations of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846, 841(a)(1), as to her, made an initial appearance, also on June 1, 2018.  *See* Case No. 3:18-mj-0014-CKD.  The Court ordered Meghan Monfort released to a drug rehabilitation program, and set her preliminary hearing for June 28, 2018, before U.S. Magistrate Judge Kendall J. Newman.  Meghan Monfort agreed to waive any time between her initial appearance and preliminary hearing in excess of the 21-day limit imposed by Fed. R. Crim. P. 5.1(c), for a defendant not in custody.

3. In the interest of judicial economy, and agreeing that there will be no prejudice to the defendant Eric Monfort, the Parties agree that there is good cause to continue the preliminary hearing to June 28, 2018.  Furthermore, Eric Monfort agrees to waive any time in excess of the 14-day limit imposed by Fed. R. Crim. P. 5.1(c), for a defendant in custody.

Dated:  June 11, 2018

McGREGOR W. SCOTT
United States Attorney

By:  /s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated:  June 11, 2018

By:  /s/ MICHAEL PETRIK
MICHAEL PETRIK
Counsel for Defendant
ERIC MONFORT

### **ORDER**

Based on the Stipulation of the Parties, the representations contained in that Stipulation and good cause having been shown, IT IS HEREBY ORDERED that:

1. The Preliminary Hearing in this matter, initially set for June 15, 2018, is continued to June 28, 2018, at 2 p.m. before U.S. Magistrate Judge Kendall J. Newman.
2. Any time in excess of the 14-day limit imposed by Fed. R. Crim. P. 5.1(c) is hereby waived.

IT IS SO ORDERED

Dated:  June 13, 2018.

HON. EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE